Ebenezer Robertson, Executor, etc., Respondent, *v.* Isaac M. Hillman et al., Appellants.

(Argued June 21, 1875; decided September 21, 1875.)

Reported below, 3 Hun, 244.

*James J. Lowrie* for the appellants.

*James Gibson* for the respondent.

Agree to affirm on opinion of Bookes, J., in court below.
All concur.
Judgment affirmed.